**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  CASE NO.: 20-14257-elf
 CHAPTER 13

**Scott A. Thomas,**
  **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-1TT ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 470-321-7112
Facsimile: 470-321-7112

By: _\S\Charles Wohlrab_
    Charles Wohlrab, Esquire
    Pennsylvania Bar No. 016592012
    Email: cwohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

SCOTT A. THOMAS
3152 MIDDLE CREEK RD
GILBERTSVILLE, PA 19525-9465

And via electronic mail to:

CASE & DIGIAMBERARDINO, P.C.
845 NORTH PARK ROAD, SUITE 101
WYOMISSING, PA 19610

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com