### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 20-14257-ELF |
| | : | |
| SCOTT A. THOMAS | : | Chapter 13 |
| | : | |
| Debtor | : | |

### AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Denise A. Kuhn, Senior Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: December 18, 2020

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2131
Fax: (717) 772-4526
E-mail: dkuhn@attorneygeneral.gov

BY: */s/ Denise A. Kuhn*
DENISE A. KUHN
Senior Deputy Attorney General
PA Attorney No. 46806

JASON L. SWARTLEY
Chief Deputy Attorney General
Financial Enforcement Section